**Order filed September 19, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00691-CV

_____

### In the Interest of L.N.C & K.N.M., children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2017-03776J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was due **September 17, 2018,** and appellant has requested an extension to file his brief by September 28, 2018.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant's appointed counsel, William Thursland, to file appellant's brief no later than **September 28, 2018.** If the brief is not filed by that

date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM